[No. 18451.  Department One.  June 4, 1924.]

*In the Matter of the Estate of* WILLIAM ROGERS, *Deceased.*

JAMES W. ANDERSON *et al., Appellants,* v. GEORGE ROGERS *et al., Respondents.*[1]

Appeal from an order of the superior court for Pierce county, Clifford, J., entered September 7, 1923, in probate proceedings. Affirmed.

*James W. Anderson* and *H. W. Lueders,* for appellants.
*Rex S. Roudebush* and *Chas. Bedford,* for respondents.

PER CURIAM.—This is an appeal from an order removing an administrator and appointing his successor. The record shows that the court had sufficient grounds to order the removal and that it was accomplished in compliance with all of the statutory requirements. Judgment affirmed.

---

[No. 17920.  *En Banc.*  June 13, 1924.]

EDA PETERSON, *Appellant,* v. MODERN WOODMEN OF AMERICA, *Respondent.*[2]

Appeal from a judgment of the superior court for Pierce county, Clifford, J., entered February 17, 1923, upon findings in favor of the defendant, in an action to recover mutual benefit insurance. Reversed.

*Louis J. Muscek* and *Blackburn & Gielens,* for appellant.

*J. Charles Dennis, Frank H. Kelley, Truman Plantz,* and *George H. Davis,* for respondent.

*Arthur W. Fulton, Benj. D. Smith, Sam Sparrow, E. S. Cummings, George W. Miller, Frank Dewey, George R. Allen,* and *H. W. Pitkin, amici curiae.*

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the court adhere to the Departmental opinion heretofore filed herein, as reported in 127 Wash. 412, 220 Pac. 809, and the judgment of the trial court is therefore reversed with directions to enter judgment for the appellant.

[1]Reported in 226 Pac. 1119.

[2]Reported in 226 Pac. 1119.